IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 10-219 |
| RAPHEAL F. MCNAMARA-HARVEY | : | |

**<u>ORDER</u>**

AND NOW, this 5th day of October, 2010, it is ORDERED Defendant Rapheal F. McNamara-Harvey's Motion to Suppress Physical Evidence (Document 15) is DENIED.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.